11092065
249.16
JL

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

AUDREY A. LONG                            B-08-14009-B

                            Debtor

IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Audrey A. Long, 84 Risley St., Apt. 1, Fredonia, NY    14063

AND IT

FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $249.16 representing unclaimed funds belonging to the above-named debtor.

Dated:  July 14, 2011

_____
ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE



FILED
JUL 1 4 2011
BANKRUPTCY COURT
BUFFALO, N.Y.